**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| LUIS AVILA ACOSTA,<br>*Petitioner* | §<br>§<br>§ | |
| v. | § | Case No. SA-26-CV-04307-XR |
| ATTORNEY GENERAL OF THE UNITED STATES, et al.,<br>*Respondents* | §<br>§<br>§ | |

**<u>ORDER</u>**

On this date, the Court considered this Petition for a Writ of Habeas Corpus (ECF No. 1). Petitioner brought this action challenging the legality of his immigration detention. *See* ECF No. 1. He has since been removed from the country. ECF No. 6.

Petitioner is no longer detained, so the Court lacks jurisdiction to proceed. *See Ortez v. Chandler*, 845 F.2d 573, 575 (5th Cir. 1988) ("[T]he habeas relief [Petitioner] requests . . . can no longer be effected. No 'case or controversy' remains . . . ."); *Nieto-Ramirez v. Holder*, 583 F. App'x 330, 332 (5th Cir. 2014) ("Nieto–Ramirez is no longer being detained by ICE. As a result, even if her claim had merit, this court could not effect the bond hearing that she seeks.").

The Petition (ECF No. 1) is **DENIED AS MOOT**.

A final judgment will issue separately.

It is so **ORDERED**.

**SIGNED** this July 21, 2026.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE